UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE FIGUEROA,

                Plaintiff,

                                                      18 civ 1472 (JGK)

       -against-

ADAIR LINCOLN, et al.,

                Defendants.
-------------------------------------------------------------X

## ORDER

A conference is scheduled for **Monday, March 11, 2019, at 2:30pm.**

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 26, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/26/19