STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 26th, 20190

By ECF to all

Judge John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: Figueroa vs.
Case No.: 1:18-cv-01472

Dear Judge Koeltl,

I am requesting an extension of time to respond to your Order of today's date, Docket Entry 27.

I am in the process of trying to obtain counsel so that I may prepare an appropriate response to this outrageous claim and am asking for a 45 day extension of time for the return date of the motion.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc