UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA,

                Plaintiff,

    - against -

ADAIR LINCOLN et al.,

                Defendants.

18cv1472 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This Order supersedes the Court's previous order. (Dkt. No. 29.) The conference is adjourned to **April 15, 2019, at 4:30 p.m.** No motions should be filed before the conference.

SO ORDERED.

Dated:    New York, New York
           February 27, 2019

                                            John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/19